## Trapp et al., Appellants, v. Laffey et al.

Submitted March 27, 1944. Before MAXEY, C. J., DREW, LINN, STERN, PATTERSON, STEARNE and HUGHES, JJ.

162

*Van A. Barrickman* and *U. G. Vogan,* for appellants.

*Waldo P. Breeden,* for appellee.

PER CURIAM, April 10, 1944:

The decree of the court below in the above-entitled case is affirmed on the opinion of Judge MARSHALL, costs to be paid by the appellants.